```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

JENNIFER NIPER,                 )
                                ) Civil Action
        Plaintiff       ) No. 09-cv-2215
                                )
   vs.                          )
                                )
EASTON HOSPITAL;                )
JOHN O'LOCK; and                )
JOHN DOE 1-10, Individually,    )
  Jointly and Severally and     )
  in the Alternative,           )
                                )
        Defendants      )

### REFERRAL ORDER FOR SETTLEMENT CONFERENCE

NOW, this 30th day of June, 2009,

IT IS ORDERED that the within matter is referred to United States Magistrate Judge Henry S. Perkin to schedule and conduct a settlement conference.

IT IS FURTHER ORDERED that in the event any defendant has not yet entered an appearance at the time of this Order, plaintiff shall serve a copy of this Order upon that defendant.

By:

/s/ Cheryl E. Sinclair
CHERYL E. SINCLAIR
Civil Deputy Clerk to
Judge James Knoll Gardner
Phone: (610) 434-3457