IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JENNIFER NIPER

        vs.                    :    CIVIL ACTION NO. 09-2215

EASTON HOSPITAL, et al         :

TELEPHONIC SETTLEMENT/STATUS CONFERENCE SCHEDULING ORDER

        Please be advised that a telephonic settlement/status conference in the above-captioned case will be held on **TUESDAY, OCTOBER 13, 2009** at **2:30 P.M.** before the Honorable Henry S. Perkin, United States Magistrate Judge.

        The Court directs Philip J. Cohen, Esquire, to initiate the call to all parties involved.  Conference call contact number is **610-434-3823.**

        COUNSEL ARE DIRECTED TO BE AVAILABLE BY TELEPHONE ON THE TIME STATED ABOVE. FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN THE IMPOSITION OF SANCTION.

        **CONTINUANCE REQUESTS SHOULD BE MADE WITHIN FOURTEEN (14) DAYS OF RECEIPT OF THIS NOTICE. CONTINUANCE REQUESTS WILL ONLY BE GRANTED FOR THE MOST COMPELLING REASONS. PLEASE SEE JUDGE PERKIN'S SETTLEMENT PROCEDURES AT www.paed.uscourts.gov.**

        Counsel are further directed to complete the enclosed Settlement Conference Summary and return it to Chambers on or before **TUESDAY, OCTOBER 6, 2009.** (Fax is acceptable.)

        See Judge Perkin's Settlement Procedures at www.paed.uscourts.gov.


                                 /ss/ Henry S. Perkin
                                HENRY S. PERKIN
                                United States Magistrate Judge
                                FOR INFORMATION CONTACT CHAMBERS
                                Phone: 610-434-3823
                                FAX: 610-434-5152

Date: July 6, 2009
cc.  Philip J. Cohen, Esquire   609-394-8620
     D Cathleen Kelly Rebar, Esquire

SETTLEMENT CONFERENCE SUMMARY

CAPTION: _____

DISTRICT COURT JUDGE: _____ JURY/NONJURY

TRIAL/POOL DATE: _____ (Circle One)

TRIAL COUNSEL ATTENDING SETTLEMENT CONFERENCE:

Name: _____

Address:_____

Phone: _____

Client: _____

MOTIONS PENDING:

_____

_____

_____

OTHER RELEVANT MATTERS:

_____

_____

_____

PRIOR OFFERS/DEMANDS:

_____

_____

ATTACH SYNOPSIS OF CASE (LIMITED TO TWO PAGES)

Counsel is asked to strictly adhere to the standard directives
set forth in Judge Perkin's Policies and Procedures.