IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER NIPER | : | CIVIL ACTION |
| v. | : | |
| | : | No. 09-2215 |
| EASTON HOSPITAL, ET AL | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on December 16, 2009.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE JAMES A. BYRNE COURTHOUSE, 601 MARKET STREET, PHILADELPHIA, PA 19106.  REPORT TO CLERK'S OFFICE ROOM 2609 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

        Michael E. Kunz
        Clerk of Court

        By: /s/Crystal Wardlaw
        Crystal Wardlaw
        Deputy Clerk
        Phone:267-299-7073

Date: August 10, 2009

Copies:    Cheryl Sinclair, Courtroom Deputy to Judge James Knoll Gardner
              Docket Clerk - Case File

        Counsel:    Philip J. Cohen, Esq.
                      Cathleen Kelly Rebar, Esq.

ARB2.FRM